USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/18/22____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **EMANUEL DELACRUZ,**<br><br>      **Plaintiff,**<br><br>-against-<br><br>**JOHNSON HEALTH TECH NORTH AMERICA, INC.,**<br><br>      **Defendant.** | **21-cv-08493 (ALC)**<br><br><u>**ORDER OF DISCONTINUANCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated: March 18, 2022
     New York, New York

                    */s/ Andrew L. Carter, Jr.*
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**